427 P.2d 682

**STATE of New Mexico ex rel. STATE HIGHWAY COMMISSION of New Mexico, Relator,**

v.

**The Honorable Robert W. REIDY, of Division II of the District Court of the Second Judicial District of the State of New Mexico, Respondent.**

No. 8401.

Supreme Court of New Mexico.

May 5, 1967.

## ORDER MAKING AMENDED ALTERNATIVE WRIT OF PROHIBITION ABSOLUTE

Ordered that the Amended Alternative Writ of Prohibition issued herein limited to prohibiting Respondent from requiring Relator to make an increased deposit in the condemnation action pending before Respondent and prohibiting Respondent from dismissing the condemnation action pending before Respondent for Relator's not making said increased deposit, be, and the same hereby is, made absolute.

427 P.2d 682

**STATE ex rel. Willis C. SNELSON and Dorothea Snelson, his wife, doing business as Iceland Ice Skating Rink, Petitioners,**

v.

**The SECOND JUDICIAL DISTRICT COURT of the State of New Mexico WITHIN AND FOR the COUNTY OF BERNALILLO and the Honorable Paul F. Larrazolo, as Judge of the Sixth Division thereof, Respondents.**

No. 8441.

Supreme Court of New Mexico.

May 16, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.